IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN RYAN MILLER,<br><br>　Plaintiff,<br><br>　v.<br><br>THOMAS NELLING, et al.,<br><br>　Defendants. | CIVIL ACTION<br><br>NO. 22-3329-KSM |

## ORDER

**AND NOW**, this 8th day of February, 2023, upon consideration of Defendant Gerald Bonmer's Motion for More Definite Statement (Doc. Nos. 209, 228) and *Pro Se* Plaintiff John Ryan Miller's response in opposition (Doc. No. 213), it is hereby **ORDERED** as follows:

1. Defendant's Motion for More Definite Statement (Doc. No. 209) is **DENIED**.

2. Defendant shall confer with Plaintiff regarding service of the Complaint and whether the United States will continue to represent Defendant Bonmer. The parties shall submit a joint status update to the Court by **February 15, 2023**.

3. Defendant shall file a response to Plaintiff's Complaint (Doc. No. 1) no later than **February 22, 2023.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　*/s/Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.