IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOHN RYAN MILLER, Plaintiff, v. THOMAS NELLING, et al., Defendants. | CIVIL ACTION NO. 22-3329-KSM |
|---|---|

### ORDER

AND NOW, this 31st day of March, 2023, upon consideration of the following motions:

| Motion | Filing Defendant(s) |
|---|---|
| Doc. No. 108 | Benjamin Pratt |
| Doc. No. 141 | Dixie Strachnik |
| Doc. No. 147 | Jack Laufer |
| Doc. No. 166 | Frank Galbraith<br>Dolores D'Amore<br>Mary Friedberg |
| Doc. No. 167 | Timothy Parker |
| Doc. No. 168 | Howard Holland<br>Georgene Carbo |
| Doc. No. 169 | James Morehead |
| Doc. No. 170 | Eric Hughes |
| Doc. No. 178 | William Mossman<br>Chris Yeager<br>Joe Miles<br>Mike Beaty<br>Timothy Brown<br>John DeMarco<br>Michael Swinginger<br>Gerald Simpson |
| Doc. No. 179 | Marc Partee |
| Doc. No. 180 | William Holdsworth |

| | |
|---|---|
| Doc. No. 181 | Tracey Laws<br>Mitchell Rock<br>Robert Clarke<br>Brian Sheller<br>Joseph Elias<br>Kevin Pierce<br>Michael Carroll<br>Jessica Harpel |
| Doc. No. 182 | Diane Moore |
| Doc. No. 183 | Lisa Taraschi |
| Doc. No. 184 | Samuel Iacono<br>Maria Zavala |
| Doc. No. 185 | Calvin Wilson |
| Doc. No. 186 | Scott Alexander |
| Doc. No. 187 | Michael Hawley |
| Doc. Nos. 188, 205 | Ryan White |
| Doc. No. 189 | Shane Clark |
| Doc. No. 192 | Matthew Gordon |
| Doc. No. 193 | Yvette Johnson |
| Doc. No. 194 | Lee Benson<br>Jennifer Keller |
| Doc. No. 195 | Thomas Siedenbuehl |
| Doc. No. 196 | Jeff Kimes |
| Doc. No. 197 | Louis Marcelli |
| Doc. No. 198 | Richard Finfrock |
| Doc. No. 199 | Thomas Nelling |
| Doc. No. 200 | Brian Marshall<br>Danielle Wade |
| Doc. No. 201 | Brenda Bernot |
| Doc. No. 202 | Matthew Delchert<br>Ann Gery |
| Doc. No. 203 | Michelle Major<br>Joseph Heyman |
| Doc. No. 211 | Robert LaCourt |

and *pro se* Plaintiff John Ryan Miller's responses in opposition (Doc. Nos. 171, 175, 230, 248, 250), it is hereby **ORDERED** that the motions are **GRANTED**, and the above-named defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                                       */s/Karen Spencer Marston*
                                                                       **KAREN SPENCER MARSTON, J.**