IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN RYAN MILLER**, <br><br> Plaintiff, <br><br> v. <br><br> **THOMAS GOGGIN, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 22-3329-KSM** |

### ORDER

**AND NOW**, this 4th day of May, 2023, upon consideration of Defendants Erin Burlew, Kevin Kochka, Melissa Laughlin, Andrew Lovette, Sharon Maitland, William Rozier, Raymond Stevenson, and Rachel Zeltman's Motion to Dismiss (Doc. No. 206), Defendant Gerald Bonmer's Motion to Dismiss (Doc. No. 281), and Plaintiff John Ryan Miller's failure to respond to both motions, it is hereby **ORDERED** that the motions are **GRANTED**.

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.