OFFICE OF THE CLERK

| | | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT** | U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small> | TELEPHONE |
| **CLERK** | FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790 | 215-597-2995 |



Website: www.ca3.uscourts.gov

October 3, 2023

John Ryan Miller
194 Hillcrest Avenue
Kimberton, PA 19442

RE: John Miller v. Thomas Nelling, et al
Case Number: 23-2788
District Court Case Number: 2-22-cv-03329

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**
**Attorneys are required to file all documents electronically through the Court's Electronic Case Filing System. See 3d Cir. L.A.R. 113 and the Court's website at www.ca3.uscourts.gov/cmecf-case-managementelectronic-case-files.**

To All Parties:

Enclosed is case opening information regarding the above-captioned appeal filed by **John Ryan Miller**, docketed at **No. 23-2788**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Please note:** If any party has filed one of the motions listed in Fed.R.App.P 4(a)(4) after the notice of appeal has been filed, that party must immediately inform the Clerk of the Court of Appeals in writing of the date and type of motion that was filed. The case in the court of appeals will not be stayed absent such notification.

**Appellant**

Docketing fees in the amount of $505.00 must be paid to the District Court upon filing of a Notice of Appeal. If you cannot afford to pay the docketing fees, you must file a copy of a Motion for Leave to Proceed In Forma Pauperis, together with an affidavit of poverty (form enclosed) and a certificate of service.

You must pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within **fourteen (14) days** from the date of this letter. **If you do not pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within fourteen (14) days, your case may be dismissed without further notice. 3rd Cir. LAR Misc. 107.**

**Counsel for Appellee**

As counsel for Appellee(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form
3. Disclosure Statement (except governmental entities)

These forms must be filed within **fourteen (14) days** from the date of this letter.

Attached is a copy of the full caption as it is titled in the District Court. Please review the caption carefully and promptly advise this office in writing of any discrepancies.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:
Tricia M. Ambrose
Andrew J. Bellwoar
Sheryl L. Brown
Jason T. Confair
Nicholas A. Cummins
Guy A. Donatelli
Mark L. Freed
John P. Gonzales
Joseph F. Kampherstein III
Stephen R. Kovatis
Rolf E. Kroll
Katherine E. LaDow
Frank J. Lavery Jr.

Daniel Lengeman
Julia A. Levin
Michael I. Levin
David J. MacMain
Suzanne McDonough
Joseph C. Monahan
Tyson M. Mott
Christine E. Munion
D. Addison Murray
James J. Musial
Alexander Nemiroff
Andrew W. Norfleet
Michael B. Pullano
Andrew M. Rongaus
William T. Salzer
Joseph J. Santarone Jr.
Mansi Shah
Anthony R. Sherr
John J. Stanzione

Enclosures:
Affidavit of Poverty
Information for Pro Se Litigants