# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHN RYAN MILLER,** | **CIVIL ACTION** |
| Plaintiff | **NO. 22-3329-KSM** |
| v. | |
| **THOMAS GOGGIN, et al.,** | |
| Defendants. | |

## ORDER

**AND NOW**, this 29th day of March, 2024, upon consideration of Defendants Lisa Bowman, Jeff Curtis, Brian Fox, Sam Ganow, Jill Hardy, Matt Hurley, Charlie Koennecker, Brian Norris, Michelle Orner, John Propper, Lisa Yelovich, Jared Zimmerman, District Attorney Debra Ryan, and Detective John O'Donnell's Motions to Dismiss (Doc. Nos. 301, 302, 312) and the responses and replies thereto (Doc. Nos. 309, 311, 313, 314, 315, 316, 318), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendants' Motions (Doc. No. 301, 302, 312) are **GRANTED**. The Amended Complaint (Doc. No. 299) is dismissed in its entirety.

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
KAREN SPENCER MARSTON, J.